UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>JOSE LUIS SAUCEDO-ESPINOZA,<br><br>Defendant. | NO.    CR-11-0145-WFN-1<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

Pending before the Court is the Government's Motion to Dismiss (ECF No. 34). The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion for Order of Dismissal with Prejudice, filed January 13, 2012, **ECF No. 34**, is **GRANTED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. All deadlines, hearings and motions are **STRICKE**N,

The District Court Executive is directed to file this Order and provide copies to counsel **AND close the case.**

**DATED** this 17th day of January, 2012.

s/ Wm. Fremming Nielsen<br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE

01-17-11

ORDER DISMISSING INDICTMENT
WITH PREJUDICE